## SUPREME COURT.

### SMITH agt. CHAPMAN.

On appeal to the general term from an order, *all papers used upon the motion*, must be served with the notice of appeal, and similar copies must be furnished to the judges on the argument of the appeal.

*Onondaga General Term, January, 1867.*

*Before* MORGAN, *P. J.,* MULLEN, FOSTER *and* BACON, *Justices.*

THIS was a motion to dismiss an appeal to the general term of this court, from an order made by the county court of Madison county, denying plaintiff's motion for re-taxing a bill of costs by the county clerk of said county.

The only papers served by the plaintiff's attorneys, upon defendant's attorneys, were a notice of appeal and a notice of argument.

B. F. CHAPMAN, *for the motion.*

Insisted, that the plaintiff's attorneys should serve on the respondent's attorneys, at the time of serving the notice of appeal, or at least eight days before the term at which the appeal was noticed for argument, copies of all the papers used before the court whose order was appealed from, and also a like copy upon each of the judges of the court.

JOHN SNOW, *for the appellant.*

Insisted, that in non-enumerated motions and appeals from orders, service of copies of papers used on the motion below was not required.

*By the court:* Copies of all the papers used upon the motion appealed from must be served with notice of the appeal; and in this district, similar copies must be furnished the judges on the argument of the appeal.

MORGAN, P. J., said, however, that if the question was

before him alone, he should not require service of copies of any of the papers which had been already served upon the adverse party, and which were on file in the clerk's office.

The motion must be granted, with $10 costs, unless the appellant serves upon the defendant a copy of all the papers used on the motion in the county court, and pays the defendant $10 costs of this motion, within twenty days from the service of a copy of the order on this motion, with notice of appeal to the next general term of this court.